UNITED STATES, Appellee

v

DAVID R. PHILLIPS, Airman Recruit, U. S. Navy, Appellant

9 USCMA 323, 26 CMR 103

No. 11,021

Decided June 6, 1958

*Commander Charles Timblin,* USN, was on the brief for Appellant, Accused.

*Lieutenant Colonel Charles H. Beale, Jr.,* USMC, and *Commander Craig McKee,* USN, were on the brief for Appellee, United States.

### Opinion of the Court

ROBERT E. QUINN, Chief Judge:

The escape from confinement established under Charge II also proved the accused's unauthorized absence under Charge I. Accordingly, he cannot be punished separately for each. United States v Welch, 9 USCMA 255, 26 CMR 35.

The record of trial is returned to The Judge Advocate General of the Navy for submission to a board of review for reassessment of the sentence.

Judge FERGUSON concurs.

Judge LATIMER dissents.